**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

—————————————————————
                                                        )
ITPE PENSION FUND, *et al.*,                            )
                                                        )
                    Plaintiffs,                         )
                                                        )
        v.                                              )        Civil Action No. 13-0025 (ABJ)
                                                        )
STRONGHOLD SECURITY, LLC.,                              )
                                                        )
                    Defendant.                          )
—————————————————————)

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 7, 2014, Magistrate Judge Deborah A. Robinson issued a Report and Recommendation [Dkt. # 16] with respect to plaintiffs' motion for default judgment [Dkt. # 10]. Neither party filed written objections to the report and the time period to object has passed. After careful review of the report, the Court hereby adopts the Report and Recommendation in its entirety. Accordingly, it is hereby ORDERED that the Report and Recommendation [Dkt. # 16] is ADOPTED and that plaintiffs' motion for default judgment [Dkt. # 10] is GRANTED.

It is FURTHER ORDERED that JUDGMENT shall be entered for plaintiffs against defendant in the following amounts:

(a) delinquent contributions remaining due and owing on the date this action commenced in the amount of $13,388.80;

(b) delinquent contributions paid late during the pendency of the action in the amount of $22,627.20;

(c) delinquent contributions estimated to be due and owing to the Fund on the date of the updated declaration which is August 20, 2013, in the amount of $2,241.00;

(d) interest due and owing on the delinquent contributions that remain unpaid as of August 16, 2013, in the amount of $1,348.60;

(e) interest which Defendant shall incur as a consequence of its continued failure to pay contributions due for the period of June 22, 2013, through July 31, 2013, provided the Fund received those contributions on August 16, 2013, in the amount of $13.79;

(f) liquidated damages on the amount of contributions which were delinquent when paid in the amount of $6,133.56;

(g) liquidated damages which Defendant shall incur as a consequence of its continued failure to pay contributions due for the period of June 22, 2013, through July 31, 2013, provided the Fund received those delinquent contributions on August 16, 2013, in the amount of $179.20; and

(h) reasonable attorneys' fees and costs in the amount of $37,293.87.

And it is FURTHER ORDERED that defendant shall comply with all applicable provisions of ERISA and that defendant shall submit all contribution reports due and owing to the Pension Fund, together with any contributions shown to be due and owing on those contribution reports.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

_____

AMY BERMAN JACKSON
United States District Judge

DATE: February 25, 2014

2